UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FERLIN OTTO,

    Plaintiff,

v.                                         Case No. 8:16-cv-2745-T-27TBM

BANK OF AMERICA CORPORATION,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation for Dismissal with Prejudice (Dkt. 17). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 6th day of June, 2017.

                                                          JAMES D. WHITTEMORE
                                                          United States District Judge

Copies to: Counsel of Record